# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANA LOMORO, | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 18-3229 |
| DAILY NEWS, L.P., | : |
| Defendant. | : |

## ORDER

**AND NOW**, this ____10th_____ day of July, 2019, upon consideration Plaintiff's Motion for Reconsideration ("Motion") (Doc. 22) and Defendant's Response in Opposition (Doc. 23), **IT IS HEREBY ORDERED AND DECREED** that the Motion is **DENIED**.[1]

BY THE COURT:

/s/ Petrese B. Tucker

_____
Hon. Petrese B. Tucker, U.S.D.J.

---

[1] On March 8, 2019, this Court issued an Order (Doc. 21) granting Defendant's Motion to Dismiss Plaintiff's Complaint with prejudice. "The purpose of a motion for reconsideration is to correct manifest errors of law or fact or to present newly discovered evidence." *Harsco Corp. v. Zlotnicki*, 779 F.2d 906, 909 (3d Cir. 1985). The Court finds that there are no errors of law or fact, or newly discovered evidence that would warrant a reconsideration of the Court's March 8 Order. Therefore, Plaintiff's Motion is denied.